2023R00949/JFM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| | : | Crim. No. 24-746-KMW |
| v. | : | |
| | : | |
| | : | 18 U.S.C. § 933(a)(1) |
| CHRISTIAN RODRIGUEZ | : | 18 U.S.C. § 922(g)(1) |
| a/k/a "Speedy," | : | |

# I N F O R M A T I O N

## COUNT ONE
## (Firearms Trafficking)

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about December 22, 2022, in Middlesex County, in the District of New Jersey and elsewhere, the defendant,

## CHRISTIAN RODRIGUEZ,
## a/k/a "Speedy,"

did knowingly and willfully ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

## <u>COUNT TWO</u>
(Possession of a Firearm by a Convicted Felon)

On or about January 4, 2023, in Chesterfield County, in the Eastern District of Virginia and elsewhere, the defendant,

**CHRISTIAN RODRIGUEZ**,
**a/k/a "Speedy,"**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Taurus Model 85 Ultralite .38 caliber revolver, bearing serial number KN84650, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

As a result of committing the firearms offenses alleged in this Information, the defendant,

**CHRISTIAN RODRIGUEZ**,
**a/k/a "Speedy,"**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to:

(1) a Springfield model XD 9mm semiautomatic handgun, bearing serial number GM766177;

(2) a Smith & Wesson model SD40 VE .40 caliber semiautomatic handgun, bearing serial number FDE9779;

(3) a Taurus Model 85 Ultralite .38 caliber revolver, bearing serial number KN84650; and

(4) assorted ammunition.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

3

(5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

PHILIP R. SELLINGER
United States Attorney